1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5864
     Fax:  (415) 703-1234
8    Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent
9
                    IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

| 13 | **JAMES EUGENE EDWARDS,** | C 08-2841 WHA (PR) |
|---|---|---|
| 14 | Petitioner, | **NOTICE OF RELATED CASE** |
| 15 | v. | |
| 16 | **WARDEN SISTO, CSP-SOLANO,** | |
| 17 | Respondent. | |
| 18 | **DAVID EUGENE EDWARDS,** | C 08-2841 CW (PR) |
| 19 | Petitioner, | |
| 20 | v. | |
| 21 | **WARDEN SISTO, CSP-SOLANO,** | |
| 22 | Respondent. | |

23        This is to give notice that the habeas corpus action in *James E. Edwards v. Warden Sisto*,

24  No. C 08-2841 WHA, is related to another pending habeas corpus action, *David E. Edwards v.*

25  *Warden Sisto*, No. C 08-2842 CW, within the meaning of Civil Local Rule 3-12.

26        The petitioners are codefendants who were tried jointly in Santa Clara Superior Court in

27  Case No. E10807.   The record of the proceeding including clerk's transcripts and reporter's

28  transcripts is approximately 5,600 pages long.

Notice of Related Case                              James Edwards & David Edwards v. Warden Sisto
                                                    Case No. C 08-2841 WHA (PR)

1    Both petitioners make similar allegations, for example, that the State of California had no

2  personal jurisdiction, that the State of California lacked subject matter jurisdiction, and that each

3  petitioner was denied his right to a speedy trial.

4    In the matter *James E. Ewards v. Warden Sisto*, C 08-2841 WHA, the court has dismissed

5  numerous issues, while ordering respondent to address others.  Currently, respondent's answer is

6  due August 18, 2008.

7    Because both actions require review of the same lengthy record and both petitioners raise

8  the same legal claims, assignment to a single judge is likely to conserve judicial resources and

9  promote an efficient determination of the actions.

10    Dated:  August 6, 2008

11                            Respectfully submitted,

12                            EDMUND G. BROWN JR.
                              Attorney General of the State of California

13                            DANE R. GILLETTE
                              Chief Assistant Attorney General

14                            GERALD A. ENGLER
                              Senior Assistant Attorney General

15
                              PEGGY S. RUFFRA
16                            Supervising Deputy Attorney General

17

18
                              /s/ John R. Vance, Jr.
19                            _____
                              JOHN R. VANCE, JR.
20                            Deputy Attorney General
                              Attorneys for Respondent
21

22
   20130452.wpd
23 SF2008200097

24

25

26

27

28

Notice of Related Case                          James Edwards & David Edwards v. Warden Sisto
                                                Case No. C 08-2841 WHA (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *James Edwards & David Edwards v. Warden Sisto*     No.: **C 08-2841 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 6, 2008</u>, I served the attached:

### NOTICE OF RELATED CASE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

James E. Edwards, V-68959
Building 1, #108
Solano State Prison
P.O. Box 4000
Vacaville, CA 95696-4000

David E. Edwards, V68885
Building 1, #108
Solano State Prison
P.O. Box 4000
Vacaville, CA 95696-4000

The Honorable Claudia Wilken
Judge
U. S. District Court, Northern District
United States Courthouse
1301 Clay Street, Fourth Floor
Oakland, CA  94612

The Honorable William Alsup
Judge
U. S. District Court, Northern District
United States Courthouse
P. O. Box 36060
San Francisco, CA  94102
(**Note: Original E-filing–San Francisco**)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 6, 2008, at San Francisco, California.


| J. Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

20130462.wpd