1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5864
    Fax:  (415) 703-1234
8   Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EUGENE EDWARDS,** | C 08-2841 WHA (PR) |
| Petitioner, | **AMENDED** |
| v. | **NOTICE OF RELATED CASE** |
| **WARDEN SISTO, CSP-SOLANO,** | |
| Respondent. | |
| **DAVID EUGENE EDWARDS,** | C 08-2842 CW (PR) |
| Petitioner, | |
| v. | |
| **WARDEN SISTO, CSP-SOLANO,** | |
| Respondent. | |

This is to give notice that the habeas corpus action in *James E. Edwards v. Warden Sisto*, No. C 08-2841 WHA, is related to another pending habeas corpus action, *David E. Edwards v. Warden Sisto*, No. C 08-2842 CW, within the meaning of Civil Local Rule 3-12.

The petitioners are codefendants who were tried jointly in Santa Clara Superior Court in Case No. E10807. The record of the proceeding including clerk's transcripts and reporter's transcripts is approximately 5,600 pages long.

1  Both petitioners make similar allegations, for example, that the State of California had no
2  personal jurisdiction, that the State of California lacked subject matter jurisdiction, and that each
3  petitioner was denied his right to a speedy trial.
4  In the matter *James E. Ewards v. Warden Sisto*, C 08-2841 WHA, the court has dismissed
5  numerous issues, while ordering respondent to address others.  Currently, respondent's answer is
6  due August 18, 2008.
7  Because both actions require review of the same lengthy record and both petitioners raise
8  the same legal claims, assignment to a single judge is likely to conserve judicial resources and
9  promote an efficient determination of the actions.
10 Dated:  August 7, 2008
11 Respectfully submitted,
12 EDMUND G. BROWN JR.
   Attorney General of the State of California
13 DANE R. GILLETTE
   Chief Assistant Attorney General
14
   GERALD A. ENGLER
15 Senior Assistant Attorney General
   PEGGY S. RUFFRA
16 Supervising Deputy Attorney General
17
18
   /s/ John R. Vance, Jr.
19 _____
   JOHN R. VANCE, JR.
20 Deputy Attorney General
   Attorneys for Respondent
21
22
   Edwards.Amended Notice of Rel Case.wpd
23 SF2008200097
24
25
26
27
28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *James Edwards & David Edwards v. Warden Sisto*    No.: **C 08-2841 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 7, 2008, I served the attached:

**AMENDED
NOTICE OF RELATED CASE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

| | |
|---|---|
| James E. Edwards, V-68959<br>Building 1, #108<br>Solano State Prison<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 | David E. Edwards, V68885<br>Building 1, #108<br>Solano State Prison<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 |
| The Honorable Claudia Wilken<br>Judge<br>U. S. District Court, Northern District<br>United States Courthouse<br>1301 Clay Street, Fourth Floor<br>Oakland, CA 94612 | The Honorable William Alsup<br>Judge<br>U. S. District Court, Northern District<br>United States Courthouse<br>P. O. Box 36060<br>San Francisco, CA 94102<br>(**Note: Original E-filing–San Francisco**) |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 7, 2008, at San Francisco, California.

| | |
|---|---|
| J. Espinosa | /s/ J. Espinosa |
| Declarant | Signature |

Edwards.Amned POS.wpd