1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | JOHN R. VANCE, JR., State Bar No. 51744
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-5864
   Fax:  (415) 703-1234
8 |   Email:  John.Vance@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES EUGENE EDWARDS,** | C 08-2841 WHA (PR) |
| Petitioner, | **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST** |
| v. | |
| **WARDEN SISTO, CSP-SOLANO,** | |
| Respondent. | |

Respondent, CHARLES T. RANSDELL, Warden, moves for a sixty (60) day extension of time in which to file his response. Good cause for the request is stated in the accompanying declaration of Deputy Attorney General John R. Vance, Jr.

///
///
///
///
///
///

Motion for Ext. of Time in Which to File Answer, etc.,     *James Edwards & David Edwards v. Warden Sisto*
C 08-2841 WHA (PR)

1

1     Dated: August 7, 2008

2                 Respectfully submitted,

3                 EDMUND G. BROWN JR.
                 Attorney General of the State of California

4                 DANE R. GILLETTE
                 Chief Assistant Attorney General

5

6                 GERALD A. ENGLER
                 Senior Assistant Attorney General

7                 PEGGY S. RUFFRA
                 Supervising Deputy Attorney General

8

9

                /s/ John R. Vance, Jr.

10                 _____

11                 JOHN R. VANCE, JR.
                 Deputy Attorney General
                 Attorneys for Respondent

12

13

Edwards, J.Mot re EOT.wpd

14 SF2008200097

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Ext. of Time in Which to File Answer, etc.,       *James Edwards & David Edwards v. Warden Sisto*
                                                                                                                      C 08-2841 WHA (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *James Edwards & David Edwards v. Warden Sisto*   No.: **C 08-2841 WHA (PR)**

I declare:   I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.  On <u>August 7, 2008</u>, I served the attached:

**1.  MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST**;
**2.  DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

| | |
|---|---|
| James E. Edwards, V-68959<br>Building 1, #108<br>Solano State Prison<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 | David E. Edwards, V68885<br>Building 1, #108<br>Solano State Prison<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 |
| The Honorable Claudia Wilken<br>Judge<br>United States District Court, Northern Dist.<br>United States Courthouse<br>1301 Clay Street, Fourth Floor<br>Oakland, CA  94612 | The Honorable William Alsup<br>Judge<br>United States District Court, Northern Dist.<br>United States Courthouse<br>P. O. Box 36060<br>San Francisco, CA  94102 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 7, 2008, at San Francisco, California.

| | |
|---|---|
| J. Espinosa | /s/ J. Espinosa |
| Declarant | Signature |

Edwards J POS re EOT.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5864
    Fax:  (415) 703-1234
8   Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES EUGENE EDWARDS,** | C 08-2841 WHA (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **WARDEN SISTO, CSP-SOLANO,** | |
| Respondent. | |

John R. Vance, Jr., states under penalty of perjury:

1. I am a Deputy Attorney General for the State of California and represent respondent in this matter.

2. Pursuant to this Court's order, our answer is currently due to be filed on or before August 18, 2008.

3. This is our first request for an extension of time to file an answer after this Court's order of June 17, 2008.

4. Petitioner James Eugene Edwards, along with David Eugene Edwards, were charged by indictment returned June 5, 2003 by the Grand Jury of Santa Clara County with conspiracy to commit securities fraud (count 1, Cal.Pen. Code, § 182); first-degree burglary (counts 4, 6, 14, 17,

1  18, 20, 22, 26, Cal. Pen. Code, §§ 459-460 (a)); and securities fraud (counts 5, 7, 8, 9, 10, 11, 12,
2  13, 15, 16, 19, 21, 23, 24, 25, and 27, Cal. Corp. Code, § 25401).  The indictment alleged
3  enhancements pursuant to California Penal Code sections 12022.6(a)(2) and 186.11(a)(1) and (a)(2).
4  Exh. A.

5        A jury found petitioner, James Eugene Edwards, and his co-defendant Davide Eugene
6  Edwards, guilty as charged and found the enhancements true.  Exh. A.

7        On February 17, 2005, the Santa Clara County Superior Court sentenced petitioner James
8  Eugene Edwards and co-defendant, David Eugene Edwards, to state prison for a determinate term
9  of 27 years and 8 months and ordered $2, 500,000 in restitution on a joint and several basis.  Exh.
10 A.

11       On July 11, 2007, the Sixth Appellate District affirmed petitioner, James Eugene
12 Edwards's, and co-defendant, David Eugene Edwards's, convictions.

13       On October 19, 2007, the state supreme court denied review.

14       On June 6, 2008, petitioner James Eugene Edwards filed this petition (C08-2841).

15       On June 17, 2008, this Court, the Honorable William H. Alsup, dismissed several claims
16 and ordered respondent to reply to others.

17       5.  In review of the instant petition, I noted that there was no mention made of
18 petitioner's state co-defendant, David Eugene Edwards.  Our office reviewed the docket of the
19 Northern District and found that state co-defendant, David Eugene Edwards, filed a petition for writ
20 of habeas corpus in this Court which was assigned number C 08-2842 CW.  As of Wednesday,
21 August 6, 2008, no order to show cause has issued in the matter of David Eugene Edwards, C 08-
22 2842 CW.  On Wednesday, August 6, 2008, we filed a notice of related case in both matters.

23       6.  I request an additional 60-days to file a response in the instant matter of petitioner
24 James Eugene Edwards for the following reasons:

25       (a) we wish to give the respective courts time to make an order on our notice of related
26 case;

27       (b) the record in this matter is large – over 5,000 pages of court and reporter's transcripts;

28       (c) we have ordered the record from achieves;

1       (d) the claims which this Court has ordered response were apparently made in a state habeas proceeding to which respondent was not a party.

2       7. I have not attempted to contact petitioner because he is representing himself.

Dated: August 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ John R. Vance, Jr.
_____
JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

JRV:je
Edwards J.Decl of Atty.wpd
SF2008200097

[Document Title]        James Edwards & David Edwards v. Warden Sisto
C 08-2841 WHA (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *James Edwards & David Edwards v. Warden Sisto*   No.: **C 08-2841 WHA (PR)**

I declare:  I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.  On August 7, 2008, I served the attached:

**1.  MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST**;
**2.  DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; and **3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

| | |
|---|---|
| James E. Edwards, V-68959<br>Building 1, #108<br>Solano State Prison<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 | David E. Edwards, V68885<br>Building 1, #108<br>Solano State Prison<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 |
| The Honorable Claudia Wilken<br>Judge<br>United States District Court, Northern Dist.<br>United States Courthouse<br>1301 Clay Street, Fourth Floor<br>Oakland, CA  94612 | The Honorable William Alsup<br>Judge<br>United States District Court, Northern Dist.<br>United States Courthouse<br>P. O. Box 36060<br>San Francisco, CA  94102 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 7, 2008, at San Francisco, California.

| J. Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

Edwards J POS re EOT.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES EUGENE EDWARDS,** | C 08-2841 WHA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN SISTO, CSP-SOLANO,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, October 18, 2008, to file an answer to order to show cause.

Dated: _____

_____
The Honorable William Alsup

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *James Edwards & David Edwards v. Warden Sisto*    No.: **C 08-2841 WHA (PR)**

I declare:   I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.  On <u>August 7, 2008</u>, I served the attached:

**1.  MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST**;
**2.  DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; and **3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

| | |
|---|---|
| James E. Edwards, V-68959<br>Building 1, #108<br>Solano State Prison<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 | David E. Edwards, V68885<br>Building 1, #108<br>Solano State Prison<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 |
| The Honorable Claudia Wilken<br>Judge<br>United States District Court, Northern Dist.<br>United States Courthouse<br>1301 Clay Street, Fourth Floor<br>Oakland, CA  94612 | The Honorable William Alsup<br>Judge<br>United States District Court, Northern Dist.<br>United States Courthouse<br>P. O. Box 36060<br>San Francisco, CA  94102 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 7, 2008, at San Francisco, California.

| J. Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

Edwards J POS re EOT.wpd