James E. Edwards, V68959
Bldg. 1 / #108
CSP Solano
P. O. Box 4000
Vacaville, CA 95696-4000

FILED

08 AUG 14 AM 10:06

CLERK U.S. DISTRICT COURT
[illegible] DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. EDWARDS,<br>    Petitioner<br><br>vs.<br><br>WARDEN SISTO,<br>    Respondent. | CASE NO.: 3:08-CV-02841-WHA<br><br>OBJECTION TO ASSIGNMENT OF<br>CASE NUMBERS 3:08-CV-02841-WHA<br>AND 4:08-CV-02843-CW TO A SINGLE<br>JUDGE |

**OBJECTION TO ASSIGNMENT OF CASE NUMBER 3:08-CV-02841-WHA
AND 4:08-CV-02843-CW TO A SINGLE JUDGE**

Petitioner, James Edwards, Case No. 3:08-CV-02841-WHA has recently filed a motion for reconsideration of the summary dismissal of eight of his eleven claims. Among the claims the order to show cause dismissed were ones based on violations of Petitioner's most basic Constitutional rights involving personal and subject matter jurisdiction. The authorities cited in the order were not on point and totally irrelevant to Petitioner's case.

Petitioner has contemplated filing a motion to recuse the judge currently assigned as the order issued was extremely sarcastic, giving the appearance the Court was protecting those depriving Petitioner of his liberty rather than upholding the Constitution. Therefore Petitioner objects to his case being joined with Case No. 4:08-CV-08242-CW. In the alternative the cases are joined, Petitioner requests they be assigned to the judge in Case No. 4:08-CV-08242-CW.

Wherefore, Petitioner prays that the Court does not join Case Nos. 3:08-CV-08241-WHA and 4:08-CV-08242-CW. I verify under penalty of perjury that the foregoing is true and correct. Executed on: August 12, 2008

*/s/ James E. Edwards*

James E. Edwards, Petitioner

## CERTIFICATE OF SERVICE

I, Kathy Thaut, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed an original and one (1) copy of the **OBJECTION TO ASSIGNMENT OF CASE NUMBER 3:08-CV-02841-WHA AND 4:08-CV-02843-CW TO A SINGLE JUDGE,** with the United States District Court for the Northern District of California and one copy to the Attorney General of California listed below by placing with Federal Express overnight delivery service this the 12th day of August, 2007.

| | |
|---|---|
| Clerk of the Court<br>USDC Northern California<br>450 Golden Gate Avenue – 16th Floor<br>Box 36060<br>San Francisco, CA 94102 | Federal Express No: 8643 4968 3807 |
| Edmund G. Brown, Jr,<br>California Attorney General<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA  94102 | Federal Express No: 8643 4968 3818 |

Executed this the 12h day of August 2008.

_/s/ Kathy Thaut_
Kathy Thaut