CHAMBERS CO

FILED

AUG 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMES EUGENE EDWARDS, | C 08-2841 WHA (PR) |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN SISTO, CSP-SOLANO, | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, October 18, 2008, to file an answer to order to show cause.

Dated: 8/18/02

_____
The Honorable William Alsup

[Proposed] Order                                  James Edwards & David Edwards v. Warden Sisto
                                                  Case No. C 08-2841 WHA (PR)

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E EDWARDS,

        Plaintiff,

  v.

SISTO,

        Defendant.

Case Number: CV08-02841 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Eugene Edwards
V-68959/ Bldg. 1, #108
Solano State Prison
PO Box 4000
Vacaville, CA 95696-4000

Dated: August 21, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk