James E. Edwards, V68959
Bldg. 3 / #142
CSP Solano
P. O. Box 4000
Vacaville, CA  95696-4000

FILED

08 AUG 25 PM 2: 12

[illegible]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. EDWARDS,<br>    Petitioner<br><br>vs.<br><br>WARDEN SISTO,<br>    Respondent. | CASE NO.: 3:08-CV-02841-WHA<br><br>CHANGE OF ADDRESS |

**NOTICE OF CHANGE OF ADDRESS**

Petitioner, James Edwards, Case No. 3:08-CV-02841-WHA has recently been moved within the same prison facility. Petitioner's new location is Bldg. 3 / #142; CSP Solano; P. O. Box 4000; Vacaville, CA  95696-4000.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: August 15, 2008

*James E. Edwards* (signature)
James E. Edwards, Petitioner

Page 1 of 2

## CERTIFICATE OF SERVICE

I, Kathy Thaut, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed an original and one (1) copy of the **NOTICE OF CHANGE OF ADDRESS**, with the United States District Court for the Northern District of California and one copy to the Attorney General of California listed below by placing with United States Postal Service this the 21st day of August, 2008.

Clerk of the Court
USDC Northern California
450 Golden Gate Avenue – 16th Floor
Box 36060
San Francisco, CA 94102


Edmund G. Brown, Jr,
California Attorney General
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102

Executed this the 21st day of August 2008.

Kathy Thaut

James E. Edwards
Bldg. 3 / #142
CSP Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Clerk of the Court
USDC Northern California
450 Gold Gate Avenue - 16th Floor
Box 36060
San Francisco, CA 94102

$000.42
PITNEY BOWES
0003304739 AUG 21 2008
MAILED FROM ZIP CODE 94866