FILED

FEB 25 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: JAMES EUGENE EDWARDS; DAVID E. EDWARDS. | No. 09-70086 |
| | D.C. Nos. 3:08-cv-02842-WHA |
| JAMES EUGENE EDWARDS; et al., | 3:08-cv-02841-WHA |
| | Northern District of California, San Francisco |
| Petitioners, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| D.K. SISTO, Warden, | |
| Real Party in Interest. | |

Before: KOZINSKI, Chief Judge, HAWKINS and GOULD, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

HS/MOATT