IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES EUGENE EDWARDS,** | C 08-2841 WHA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN SISTO, CSP-SOLANO,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until September 2, 2009, to answer or file another pleading responsive to the order to show cause. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on Respondent on or before October 2, 2009.

Dated: July 9, 2009

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM ALSUP
United States District Judge