FILED

UNITED STATES COURT OF APPEALS

DEC 11 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JAMES EUGENE EDWARDS; et al. | No. 09-73202 |
| | D.C. Nos. 3:08-cv-02841-WHA |
| JAMES EUGENE EDWARDS; et al., | 3:08-cv-02842-WHA |
| | Northern District of California, |
| Petitioners, | San Francisco |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| D.K. SISTO, | |
| Real Party in Interest. | |

Before:  GOODWIN, RYMER and CLIFTON, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

rb/MOATT

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.